IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| | : | 1:19-CR-00278-LMM-JSA-4 |
| v. | : | |
| | : | |
| WAYNE MATTHEW ELLIOTT | : | |

## MOTION FOR DEFENDANT WAYNE MATTHEW ELLIOTT'S IMMEDIATE RELEASE FROM CUSTODY

NOW COMES Wayne Matthew Elliott ("Mr. Elliott" or "Defendant"), Defendant in the above styled case and through undersigned counsel, hereby moves this Court to issue an order to immediately release him from custody. In support thereof Mr. Elliott shows as follows:

-1-

On June 1, 2022 Mr. Elliot was sentenced to one year of imprisonment and three months supervised release.

-2-

Mr. Elliott has already served over two and half years in custody.

-3-

The Marshals Service nor the BOP have advised of a release date. The Marshals Service advised that it will take as long as 30 days to release Mr. Elliott.

1

-4-

There is no legal justification to continue to hold Mr. Elliott. Mr. Elliott is being held illegally.

Wherefore Defendant prays that the Court order his immediate release.

Respectfully submitted this day 6th day of June 2022.

*-s- Meghan S. Jones*

_____

Meghan S. Jones
Attorney for Defendant
Georgia State Bar #: 807209
meghan@joneslawfirmllp.com

The Jones Law Firm, LLP
1269 Monroe Drive N.E.
Atlanta, Georgia 30306
(770) 716-1306, (404) 549-3036

## CERTIFICATE OF SERVICE AND COMPLIANCE

The undersigned attorney hereby certifies that the foregoing document, which was prepared in accordance with L.R. 7.1 using Times New Roman, 14 point font, was filed using the Court's CM/ECF portal, which will automatically send service copies to all counsel of record.

So certified June 6, 2022.

                                                         */s/ Meghan S. Jones*

                                                         _____
                                                         Meghan S. Jones
                                                         Attorney for Defendant
                                                         Georgia State Bar # 807209
                                                         meghan@joneslawfirmllp.com

1269 Monroe Drive N.E.
Atlanta, Georgia 30306
(770) 716-1306
Fax: (404) 963-7005