IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | :   CRIMINAL ACTION NO. |
| v. | :   1:19-CR-00278-LMM-JSA-4 |
| | : |
| WAYNE MATTHEW ELLIOTT, | : |
| | : |
| | : |
| Defendant. | : |

## **ORDER**

This matter is before the Court on Defendant Wayne Matthew Elliott's Motion for Immediate Release from Custody [254]. On June 7, 2022, Mr. Elliott was released from the custody of the U.S. Marshals. Accordingly, Defendant's motion is **DENIED AS MOOT**.

**IT IS SO ORDERED** this 7th day of June, 2022.

_____
**Leigh Martin May**
**United States District Judge**