# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs | ) CASE NO. <br> ) 1:19-CR-00278-4-LMM-JSA |
| WAYNE MATTHEW ELLIOTT, | ) |
| Defendant. | ) |

## ORDER APPOINTING COUNSEL

The Court finds the Defendant, the individual named below, having testified under oath or having otherwise satisfied this Court that he or she is financially unable to employ counsel, is indigent, and because the interest of justice so require;

IT IS ORDERED that Saraliene Durrett is hereby appointed to represent Defendant Wayne Matthew Elliott.

This 15th day of July, 2022.


_____*Justin S. Anand*_____
UNITED STATES MAGISTRATE JUDGE