# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 29, 2022

Saraliene Durrett
Law Offices of Saraliene Smith Durrett
1800 PEACHTREE ST NE STE 300
ATLANTA, GA 30309

Appeal Number:  22-12145-E
Case Style:  USA v. Wayne Elliott
District Court Docket No:  1:19-cr-00278-LMM-JSA-4

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Gloria M. Powell, E/br
Phone #: (404) 335-6184

MOT-2 Notice of Court Action

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

_____

No. 22-12145-E

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WAYNE MATTHEW ELLIOTT,

Defendant - Appellant.

--------------------------
On Appeal from the United States District Court for the
Northern District of Georgia
--------------------------

O R D E R:

Appellant's "Unopposed Motion to Remove Expedited Status of Appeal and to Stay Briefing Pending the Resolution of the Pending Motion for Judgment of Acquittal," requesting that the appeal no longer be regarded as an expedited matter and that the appeal be stayed pending the District Court's resolution of "Defendant's Perfected Motion for Judgment of Acquittal or, in the Alternative, Motion for New Trial" (DE 279), is GRANTED.

The Clerk's Office is DIRECTED to no longer treat this appeal as an expedited matter.

This appeal is hereby STAYED pending the District Court's resolution of "Defendant's Perfected Motion for Judgment of Acquittal or, in the Alternative, Motion for New Trial" (DE 279).  Appellant is DIRECTED to file status reports, on the fifteenth day of each month, regarding the status of his pending motion in the District Court.

/s/ Andrew Brasher
UNITED STATES CIRCUIT JUDGE